IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA J. FULTZ,<br><br>      Plaintiff,<br><br>   v.<br><br>RR DONNELLEY & SONS COMPANY LONG TERM DISABILITY PLAN,<br><br>      Defendant. | CIVIL ACTION<br>NO. 15-0319 |

## ORDER

**AND NOW**, this 27th day of May, 2016, upon consideration of the parties' cross-motions for summary judgment, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. #11) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. #15) is also **DENIED**.

3. Notwithstanding the denial of both motions, this matter is **REMANDED** to the plan administrator for a determination as described in the accompanying memorandum opinion.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          Jeffrey L. Schmehl, J.